# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOEL PALMER,**<br>　　　　　　**Plaintiff,**<br><br>　　　v.<br><br>**TWIN CITY FIRE INSURANCE COMPANY,**<br>　　　　　　**Defendant.** | **CIVIL ACTION**<br><br><br><br>**NO. 17-826** |

# **O R D E R**

**AND NOW**, this 17th day of November, 2017, upon consideration of Defendant's Motion to Dismiss (ECF No. 14), Plaintiff's Response thereto (ECF No. 15), Defendant's Reply thereto (ECF. No 16), the Court's Order converting Defendants Motion to Dismiss to a Motion for Summary Judgment (ECF No. 20), Defendant's Supplemental Memorandum of Law in Support of the Converted Motion for Summary Judgment (ECF No. 22), Plaintiff's Response thereto (ECF No. 23), and Defendant's Reply thereto (ECF No. 24), **IT IS HEREBY ORDERED** that Defendant's Converted Motion to Dismiss (ECF No. 14) is **GRANTED IN FULL**.

　　　　The Clerk of Court is directed to **CLOSE** this case.

　　　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　　　 /s/Wendy Beetlestone, J.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**